

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00705-GHK |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| HAROLD SHIANE WHITE | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will refrain from criminal activity. Defendant was charged on April 14, 2015 with "Inflict Corporal Injury on Spouse." Also, Defendant appears to be engaged in substance abuse_

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions of release. Also, no adequate sureties available; defendant has past FAILURE TO APPEAR._

IT IS ORDERED that defendant be detained.

DATED: 4/27/15

_/s/ SH Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2